Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-24178 (JNP)**

Gloria J. Mullavey  
320 South Broadway  
Pennsville, NJ  08070

Monthly Payment: $232.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2020 | $226.00 | 01/27/2020 | $226.00 | 03/24/2020 | $226.00 | 04/22/2020 | $226.00 |
| 06/05/2020 | $339.00 | 06/05/2020 | $226.00 | 06/30/2020 | $226.00 | 07/30/2020 | $226.00 |
| 08/25/2020 | $226.00 | 09/22/2020 | $226.00 | 11/03/2020 | $339.00 | 12/01/2020 | $226.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | GLORIA J. MULLAVEY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $4,750.00 | $3,202.58 | $1,547.42 | $0.00 |
| 1 | ALLY FINANCIAL | 24 | $7,410.00 | $0.00 | $7,410.00 | $0.00 |
| 2 | CARRINGTON MORTGAGE SERVICES, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CARRINGTON MORTGAGE SERVICES, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | VIRTUA URGENT CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ERIC CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ALLY FINANCIAL | 33 | $463.44 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2019 | 5.00 | $0.00 |
| 01/01/2020 | Paid to Date | $990.90 |
| 02/01/2020 | 54.00 | $232.00 |
| 08/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $2,938.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $207.02 |
| Arrearages: | ($160.00) |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**