Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-24178 (JNP)

Gloria J. Mullavey  
320 South Broadway  
Pennsville, NJ  08070

Monthly Payment: $232.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2023 | $226.00 | 01/25/2023 | $226.00 | 02/22/2023 | $226.00 | 04/06/2023 | $339.00 |
| 05/02/2023 | $226.00 | 05/31/2023 | $226.00 | 06/30/2023 | $226.00 | 07/26/2023 | $226.00 |
| 08/24/2023 | $226.00 | 10/04/2023 | $339.00 | 11/01/2023 | $226.00 | 11/30/2023 | $226.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | GLORIA J. MULLAVEY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS LAW GROUP | 13 | $4,750.00 | $4,750.00 | $0.00 | $0.00 |
| 1 | JEFFERSON CAPITAL SYSTEMS, LLC | 24 | $7,410.00 | $6,492.11 | $917.89 | $2,658.18 |
| 2 | CARRINGTON MORTGAGE SERVICES, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CARRINGTON MORTGAGE SERVICES, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | VIRTUA URGENT CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ERIC CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $463.44 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2019 | 5.00 | $0.00 |
| 01/01/2020 | Paid to Date | $990.90 |
| 02/01/2020 | 54.00 | $232.00 |
| 08/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $2,938.00 |
| Total paid to creditors this period: | $2,658.18 |
| Undistributed Funds on Hand: | $204.30 |
| Arrearages: | ($390.00) |
| Attorney: | JENKINS LAW GROUP |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**