Certificate Number: 20668-NJ-DE-038423623

Bankruptcy Case Number: 19-24178



20668-NJ-DE-038423623

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 27, 2024</u>, at <u>12:09</u> o'clock <u>PM EDT</u>, <u>Gloria Jean Mullavey</u> completed a course on personal financial management given <u>by internet</u> by <u>Andrew Finberg</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   April 28, 2024                By:   /s/Kathleen B Mills

                                      Name: Kathleen B Mills

                                      Title: TEN Financial Educator